UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. JOHNSON, JR.,<br><br>Plaintiff,<br><br>v.<br><br>SOLANO COUNTY SHERIFF ET AL.,<br><br>Defendants. | Lead Case: 2:22-cv-02061-DAD-CKD (PS)<br><br>Member Case: 2:22-cv-02220-DAD-CKD (PC)<br><br>ORDER |

Defendants have answered the complaint. (ECF No. 16.) Within 30 days from the date of this order, if they have not already done so, the parties shall meet, in person or by telephone, as required by Federal Rule of Civil Procedure 26. Within 7 days after the parties' Rule 26 discussion, the parties shall file a Joint Status Report before the Magistrate Judge for the purpose of entry of a pretrial scheduling order. The Joint Status Report shall address the relevant portions of Local Rule 240(a). In the Joint Status Report, the parties may request a hearing for the purpose of entry of a pretrial scheduling order.

In accordance with the above, IT IS HEREBY ORDERED as follows:

1. Within 30 days from the date of this order, the parties shall meet, in person or by telephone, as required by Federal Rule of Civil Procedure 26.

////

1

1    2.  Within 7 days after the parties' Rule 26 discussion, the parties shall file a joint status

2    report and request for hearing before the Magistrate Judge for the purpose of entry of a pretrial

3    scheduling order. The report shall address the following matters:

4              a. Service of process;

5              b. Possible joinder of additional parties;

6              c. Any expected or desired amendment of the pleadings;

7              d. Jurisdiction and venue;

8              e. Anticipated motions and their scheduling;

9              f. The report required by Federal Rule of Civil Procedure 26 outlining the

10   proposed discovery plan and its scheduling, including disclosure of expert witnesses;

11             g. Future proceedings, including setting appropriate cut−off dates for discovery

12   and law and motion, and the scheduling of a pretrial conference and trial;

13             h. Special procedures, if any;

14             i. Estimated trial time;

15             j. Modification of standard pretrial procedures specified by the rules due to the

16   simplicity or complexity of the proceedings;

17             k. Whether the case is related to any other cases, including bankruptcy;

18             l. Whether a settlement conference should be scheduled;

19             m. The parties' positions with respect to Voluntary Dispute Resolution (VDRP)

20   under Local Rule 271(d); and

21             n. Any other matters that may add to the just and expeditious disposition of this

22   matter.

23   Dated:  October 23, 2023

24                                                                            _____
                                                                             CAROLYN K. DELANEY
25                                                                           UNITED STATES MAGISTRATE JUDGE

26   21,john.2061

27

28

2