UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. JOHNSON, JR.,<br><br>Plaintiff,<br><br>v.<br><br>SOLANO COUNTY SHERIFF ET AL.,<br><br>Defendants. | Lead Case: 2:22-cv-02061-DAD-CKD (PS)<br><br>Member Case: 2:22-cv-02220-DAD-CKD (PC)<br><br>ORDER |

On November 21, 2023, the parties filed a Joint Status Report for the purpose of entry of a pretrial scheduling order. (ECF No. 19.)  In the Joint Status Report, plaintiff requested a hearing. (Id. at 1.)  Accordingly, the court hereby sets this matter for a scheduling hearing on January 17, 2024, at 10:00 a.m.  The scheduling conference shall take place via Zoom.

IT IS SO ORDERED.

Dated:  December 11, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,john.2061