1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES L. JOHNSON, JR,                    No. 2:22-cv-02061-DAD-CKD (PS)

12              Plaintiff,                     ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS, DISMISSING ALL
13         v.                                 CLAIMS PURSUANT TO RULE 41(b), AND
                                              DENYING DEFENDANTS' MOTION FOR
14   SOLANO COUNTY SHERIFF, et al.,           SUMMARY JUDGMENT AS HAVING BEEN
                                              RENDERED MOOT
15              Defendants.
                                              (Doc. Nos. 24, 31, 32)
16

17   JAMES L. JOHNSON, JR,

18              Plaintiff,                     No. 2:22-cv-02220-DAD-CKD P

19         v.                                 (Doc. Nos. 3, 16)

20   SOLANO COUNTY SHERIFF, et al.,

21              Defendants.

22

23          Plaintiff James L. Johnson, Jr. proceeds *pro se* in these consolidated civil rights actions.

24   The cases were referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)

25   and E.D. Cal. Local Rule 302(c)(21).

26          On February 13, 2025, the assigned magistrate judge issued findings and

27   recommendations in case 2:22-cv-02061 DAD CKD, recommending that all claims presented in

28   that case be dismissed due to plaintiff's failure to prosecute this action and that defendants'

                                              1

1    motion for summary judgment be denied as moot in light of the dismissal for failure to prosecute.

2    (Doc. No. 31.)

3        Those findings and recommendations were served on the parties and contained notice that

4    any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 5.)  To date,

5    no objections to the findings and recommendations have been filed, and the time in which to do

6    so has now passed.

7        In addition, on March 10, 2025, the assigned magistrate judge issued findings and

8    recommendations in case 2:22-cv-02220 DAD CKD recommending that all claims presented in

9    that case also be dismissed due to plaintiff's failure to prosecute that action and that defendant's

10   motion to dismiss (Doc. No. 3) be denied as having been rendered moot.  (Doc. No. 16.)

11       Those findings and recommendations were also served on the parties and contained notice

12   that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 4.)  To

13   date, no objections to the findings and recommendations have been filed, and the time in which to

14   do so has now passed.

15       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

16   *de novo* review of both of these case.  Having carefully reviewed the entire file, the court

17   concludes that the findings and recommendations issued in both cases are supported by the record

18   and by proper analysis.

19       Accordingly:

20   1.   The findings and recommendations issued in case 2:22-cv-02061 DAD CKD (Doc.

21        No. 31) are ADOPTED;

22   2.   Plaintiff's claims brought against defendants in case 2:22-cv-02061 DAD CKD are

23        dismissed pursuant to Federal Rule of Civil Procedure 41(b) due to plaintiff's failure

24        to prosecute that action;

25   3.   Defendants' motion for summary judgment in case 2:22-cv-02061 DAD CKD (Doc.

26        No. 24) is denied as having been rendered moot by this order of dismissal;

27   4.   The findings and recommendations issued in case 2:22-cv-2220 (Doc. No. 16) are

28        ADOPTED;

2

5.  Plaintiff's claims brought against defendants in case 2:22-cv-02220 DAD CKD are dismissed pursuant to Federal Rule of Civil Procedure 41(b) due to plaintiff's failure to prosecute that action;

6.  Defendants' motion to dismiss in case 2:22-cv-02220 DAD CKD (Doc. No. 3) is denied as having been rendered moot by this order of dismissal; and

7.  The Clerk of the Court is directed to close both of these consolidated actions.

IT IS SO ORDERED.

Dated:   **March 28, 2025**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3